USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 6/22/09

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

-----------------------------------------------------------------x
CYNTHIA SAUNDERS, et al.,

                          Plaintiffs,

- against -

CITY OF NEW YORK AND THE NEW YORK CITY
DEPARTMENT OF EDUCATION,

                          Defendants.
-----------------------------------------------------------------x

Case No. 07-0830 (SAS)(KNF)

~~PROPOSED~~ **ORDER OF DISMISSAL WITH PREJUDICE**

This cause having come before the Court upon the joint request of Plaintiffs and Defendants, the Court having been advised of and considered the Settlement Agreement entered into by and among the Plaintiffs and Defendants that has resulted from voluntary settlement negotiations, and, upon the joint application of Plaintiffs and Defendants, by their Attorneys, seeking review and approval by the Court thereof, it is hereby ORDERED, ADJUDGED AND DECREED as follows:

(1) The Court approves and adopts as stated the terms of the Settlement Agreement entered into between and among the parties to this litigation, as it reflects a fair, reasonable, and appropriate compromise deemed in the best interest of the parties thereto, and in accordance with law with respect to the claims asserted in this collective action, except for as provided in paragraph 2.5 of the Settlement Agreement; and

(2) Consistent with that Agreement, all claims asserted by plaintiffs in this collective action are hereby dismissed, with Prejudice, with respect to the individuals identified in Exhibit "A" of the parties' Settlement Agreement with respect to the time period up to and through the date of this Order. The Court will retain jurisdiction over the parties for the purpose of

interpretation and compliance with the Agreement and this Agreed Order of Dismissal with Prejudice.

So ORDERED this 19 day of June, 2009.

_____
Shira A. Scheindlin
United States District Judge

2